**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 08-00008-M |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Rodolfo Magallanes-Barrares, ) | |
| Defendant. ) | |

Upon motion of the Defendant and good cause appearing therefore, and there being no objections by the government,

**IT IS ORDERED substituting** Glenn Allen as counsel for Defendant Rodolfo Magallanes-Barrares, in place of David Ochoa.

**IT IS FURTHER ORDERED** relieving David Ochoa from all further proceedings in this matter.

DATED this 20th day of February, 2008.

Lawrence O. Anderson
United States Magistrate Judge