**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-0008M |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rodolfo Magallanes-Barrares, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon motion of the Defendant and good cause appearing therefore, and there being no objections by the government,

**IT IS ORDERED vacating** the Change of Plea hearing currently set for February 22, 2008 at 9:30 a.m.

Counsel for the Government and Defendant are hereby advised that since there has already been one extension on the time to indict, no additional extensions will be granted. See, *United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000).

DATED this 20th day of February, 2008.

Lawrence O. Anderson
United States Magistrate Judge